1  JEROME R. BOWEN, ESQ.
   Nevada Bar No.4540
2  BRANDON J. TROUT, ESQ.
   Nevada Bar No. 13411
3  **BOWEN LAW OFFICES**
   9960 W. Cheyenne Ave., Suite 250
4  Las Vegas, Nevada 89129
   Telephone: (702)240-5191◆Facsimile: (702) 240-5797
5  twilcox@lvlawfirm.com
   *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| SHANE SPILLETT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-0674-GMN-VCF |

**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE HIS RESPONSE TO DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
**(Second Request)**

Plaintiff and Defendant have stipulated to agreed to an addition one week extension of time from May 21, 2019 to May 28, 2019 for Plaintiff to file his Opposition to Defendant's Motion for Partial Summary Judgment (ECF 23) filed on April 16, 2019. The reasons supporting this stipulation are as follows: Plaintiff's counsel has been traveling out of town conducting out of state depositions and hearings. Plaintiff's counsel has also been a ill and out of the office and requires additional time to respond. The Plaintiff wishes to provide the Court a complete outline of facts and issues.

This is the second extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

Dated this 20th day of May, 2019.　　　　　　　　　Dated this 20th day of May, 2019.

/s/ Jerome R. Bowen, Esq.
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
BRANDON J. TROUT, ESQ.
Nevada Bar No. 13411
BOWEN LAW OFFICES
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Attorney for Plaintiff
Shane Spillett

/s/ Robert W. Freeman, Esq
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 08181
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
State Farm Mutual Automobile
Insurance Company

IT IS SO ORDERED.

DATED this  24  day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE