ROBERT W. FREEMAN
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| SHANE SPILLETT,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS, I though X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-0674-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendant's Reply in Support of Motion for Summary Judgment in the above-captioned case fourteen days (14) days, up to and including June 25, 2019.

This Request for an extension of time is sought in good faith and not for any improper purpose or other purpose of delay. This request for extension is based upon the following:

/ / /

4828-3181-0200.1

As the briefing in this matter is extensive, along with voluminous exhibits, counsel for State Farm requires additional time to prepare State Farm's Reply in support of its Motion for Partial Summary Judgment. Counsel for State Farm provided extensions for Plaintiff's counsel to submit Plaintiff's Response, in recognition of the extensive briefing. The Court granted those extensions (ECF Nos. 39 and 44). Counsel for State Farm similarly requires additional time.

WHEREFORE, the parties respectfully request that this Court extend the time for the Defendants to file their Reply in Support of Motion for Partial Summary Judgment by fourteen (14) days from the current deadline of June 11, 2019 up to and including June 25, 2019.

| DATED this 5th day of June, 2019. | DATED this 5th day of June, 2019. |
|---|---|
| BOWEN LAW OFFICES | LEWIS BRISBOIS BISGAARD SMITH LLP |
| /s/ *Brandon J. Trout* | /s/ *Cheryl A. Grames* |
| JEROME R. BOWEN, ESQ.<br>Nevada Bar No. 04540<br>BRANDON J. TROUT, ESQ.<br>Nevada Bar No. 13411<br>9960 W. Cheyenne Avenue<br>Suite 250<br>Las Vegas, Nevada 89129<br>*Attorneys for Plaintiff*<br>*Shane Spillett* | ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 03062<br>PAMELA L. MCGAHA, ESQ.<br>Nevada Bar No. 08181<br>CHERYL A. GRAMES, ESQ.<br>Nevada Bar No. 12752<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant State Farm Mutual*<br>*Automobile Insurance Company* |

## ORDER

IT IS SO ORDERED:

DATED this 12 day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE