# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SHANE SPILLET,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS, I though X, inclusive,<br><br>        Defendants. | 2:18-cv-00674-GMN-VCF<br><br>**ORDER** |

Before the court is Defendant's Request To Excuse Personal Attendance Of Insurance Carrier Representative At July 17, 2019 Mandatory Settlement Conference And To Appear Telephonically (ECF No. 48).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Request To Excuse Personal Attendance Of Insurance Carrier Representative At July 17, 2019 Mandatory Settlement Conference And To Appear Telephonically (ECF No. 48) must be filed on or before June 25, 2019.

DATED this 19th day of June, 2019.

                                                                        _____
                                                                        CAM FERENBACH
                                                                         UNITED STATES MAGISTRATE JUDGE